UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| COOLMATH.COM, LLC,<br><br>        Plaintiff,<br><br> -against-<br><br>VERTICAL AXIS, INC. and<br>COOLMATHGAMES.COM,<br><br>        Defendant.<br>―――――――――――――――<br>VERTICAL AXIS, INC.,<br><br>        Counterclaim Plaintiff,<br><br> -against-<br><br>COOLMATH.COM, LLC,<br><br>        Counterclaim Defendant. | Civil Action No. 14-cv-01185 |

**STIPULATION OF DISMISSAL**

It is HEREBY STIPULATED AND AGREED by and between Plaintiff-Counterclaim Defendant Coolmath.com, LLC ("Coolmath") and Defendant-Counterclaim Plaintiff Vertical Axis, Inc. ("Vertical Axis") that all claims and counterclaims in this action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own costs and fees attributable to the prosecution and defense of all claims.

Dated: May 5, 2015

| | |
|---|---|
| JENNISON & SHULTZ, P.C. | LAW OFFICE OF JONATHAN WESTREICH |
| /s/ John N. Jennison | /s/ Jonathan Westreich |
| John N. Jennison (VSB No. 36,824) | Jonathan Westreich (VSB No. 37,393) |
| Carl E. Jennison (VSB No. 42,889) | LAW OFFICE OF JONATHAN WESTREICH |
| JENNISON & SHULTZ, P.C. | 604 Cameron Street |
| 2001 Jefferson Davis Highway, Suite 1102 | Alexandria, Virginia 22314 |
| Arlington, Virginia 22202 | (703) 299-9050 |
| (703) 415-1640 | (703) 548-1831 (fax) |
| (703) 415-0788 (fax) | jonathan@westreichlaw.com |
| John@JennisonLaw.com | |
| Carl@JennisonLaw.com | Stevan Lieberman |
| | GREENBERG AND LIEBERMAN, LLC |
| James D. Weinberger (admitted *pro hac vice*) | 1425 K. Street, N.W., #350 |
| Jennifer Insley-Pruitt (admitted *pro hac vice*) | Washington, D.C. 20005 |
| FROSS ZELNICK LEHRMAN & ZISSU, P.C. | 202-625-7000 |
| 866 United Nations Plaza | stevan@aplegal.com |
| New York, New York 10017 | |
| (212) 813-5900 | Jason Schaeffer. |
| (212) 813-5901 (fax) | ESQWIRE.COM, P.C. |
| jweinberger@fzlz.com | The Domain Name Law Firm |
| jinsley-pruitt@fzlz.com | 1908 Route 70 East |
| | Cherry Hill, NJ 08003 |
| John Schmidtlein (admitted *pro hac vice*) | 856-874-9651 |
| Lucas E. Beirne (VSB No. 83,646) | jason@ESQwire.com |
| WILLIAMS & CONNOLLY LLP | |
| 725 12th Street NW | |
| Washington, DC 20005 | |
| (202) 434-5000 | |
| (202) 434-5029 (fax) | *Attorneys for Defendant-Counterclaim Plaintiff* |
| jschmidtlein@wc.com | |
| lbeirne@wc.com | |

*Attorneys for Plaintiff-Counterclaim Defendant*